*Topographic Survey of Parcels 1–4, PM 5341, PMB 60/86-87 — full-page survey drawing.*